1

2

3

4

5

6                   **IN THE UNITED STATES DISTRICT COURT FOR THE**

7                          **EASTERN DISTRICT OF CALIFORNIA**

8

9    TRANSCONTINENTAL INSURANCE    )        07-CV-01056-AWI-GSA
     COMPANY AND AMERICAN          )
10   CASUALTY COMPANY OF           )
     READING, PA.,                 )
11                                 )        **ORDER TAKING MATTERS**
                        **Plaintiffs,**  )  **UNDER SUBMISSION**
12        v.                       )
                                   )
13   ADOLPH MARTINELLI, JR., AND   )
     CLAUDIA SUE STEINHAUER,       )
14                                 )
                        **Defendants.**  )
15   _____)

16

17

18        Motions to dismiss were filed by Transcontinental Insurance Company and American

19   Casualty Company of Reading, PA ("Counter-defendants") on October 22, 2007 and are set for

20   hearing on Monday, December 10, 2007.  The Court has reviewed the moving papers and has

21   determined that the matters are suitable for decision without oral argument pursuant to Local

22   Rule 78-230(h).

23

24        Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December

25   10, 2007, is VACATED, and the parties shall not appear at that time.  As of December 10, 2007,

26   the Court will take the matters under submission and will thereafter issue its decision.

27   IT IS SO ORDERED.

28   **Dated:**    **December 6, 2007**              **/s/ Anthony W. Ishii**
                                          UNITED STATES DISTRICT JUDGE