STEVEN M. CRANE, State Bar No. 108930
JAMES L. SEAL, State Bar No. 048645
BERKES CRANE ROBINSON & SEAL LLP
515 South Figueroa Street, Suite 1500
Los Angeles, California  90071
Telephone:  (213) 955-1150
Facsimile:  (213) 955-1155

Attorneys for Plaintiffs
TRANSCONTINENTAL INSURANCE COMPANY
and AMERICAN CASUALTY COMPANY OF
READING, PA.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY AND AMERICAN CASUALTY COMPANY OF READING, PA., <br><br> Plaintiff, <br><br> vs. <br><br> ADOLPH MARTINELLI, JR. AND CLAUDIA SUE STEIN[H]AUER, <br><br> Defendants. <br><br><br> ADOLPH MARTINELLI, JR., AND CLAUDIA SUE STEINHAUER, <br><br> Counter-Claimants, <br><br> vs. <br><br> TRANSCONTINENTAL INSURANCE COMPANY AND AMERICAN CASUALTY COMPANY OF READING, PA, | No. 1:07-CV-01056-AWI-GSA <br><br> **Case Assigned to:** <br> **Honorable Anthony W. Ishii** <br><br> ORDER RE: STIPULATION REGARDING AMENDMENT OF CAPTION AND DESIGNATION OF PARTY AS THE CORRECT PARTY IN INTEREST <br><br><br> **Action Filed:**     **July 24, 2007** <br><br> GARY S. AUSTIN <br> U. S. MAGISTRATE JUDGE |

1
[ORDER RE STIPULATION REGARDING AMENDMENT
OF CAPTION AND DESIGNATION OF PARTY AS THE CORRECT PARTY IN INTEREST

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

**GOOD CAUSE APPEARING** and upon the Stipulation of the Parties,

**IT IS HEREBY ORDERED** that the CLERK of the COURT is directed to amend the caption of this case to reflect that Transcontinental Insurance Company is now designated in this case as National Fire Insurance Company of Hartford as successor by merger to Transcontinental Insurance Company.

DATED:     April 29, 2008          **/s/ Gary S. Austin**
                                   Gary S. Austin
                                   United States Magistrate Judge

56690.1

PDF created with pdfFactory trial version www.pdffactory.com