1
2
3
4
5
6
7
8   **IN THE UNITED STATES DISTRICT COURT FOR THE**
9   **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| **NATIONAL FIRE INSURANCE COMPANY OF HARTFORD** as successor by merger to **TRANSCONTINENTAL INSURANCE COMPANY AND AMERICAN CASUALTY COMPANY OF READING, PA,** | 07-CV-01056-AWI-GSA<br><br>**ORDER TAKING MATTERS UNDER SUBMISSION** |
| **Plaintiffs,**<br>v. | |
| **ADOLPH MARTINELLI, JR., AND CLAUDIA SUE STEINHAUER,** | |
| **Defendants.** | |
| **AND RELATED COUNTER-CLAIMS** | |

    The Transcontinental Insurance Company, American Casualty Company of Reading, PA and their successor by merger, the National Fire Insurance Company of Hartford, filed a motion for summary judgment on May 30, 2008 that is set for hearing on Monday, June 30, 2008.  The Court has reviewed the moving papers and has determined that the matters are suitable for decision without oral argument pursuant to Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 30, 2008, is VACATED, and the parties shall not appear at that time.  As of June 30, 2008, the Court

will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:     June 25, 2008**                              **/s/ Anthony W. Ishii**
                                              UNITED STATES CHIEF DISTRICT JUDGE

2